IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.  2:11-cr-179-MEF |
| ) | |
| EDDIE SMITH ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)   The defendant's Objections (Doc. #181) filed on April 16, 2012 to the Recommendation of the Magistrate Judge are overruled;

(2)  The Recommendation of the Magistrate Judge (Doc. #173) entered on April 2, 2012  is adopted;

(3)  The defendant's Motion to Suppress (Doc. #76) is DENIED.

DONE this the 19th day of April, 2012.

                                              /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE