| AO 245B | (Rev. 09/11) Judgment in a Criminal Case | |
|---|---|---|
| v1 | Sheet 1 | (NOTE: Identify Changes with Asterisks (*)) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
**v.**
EDDIE SMITH

## AMENDED JUDGMENT IN A CRIMINAL CASE
(WO)

Case Number: 2:11cr179-MEF-02
USM Number: 12626-058
Susan James
Defendant's Attorney

**Date of Original Judgment:** 12/21/2013
**(Or Date of Last Amended Judgment)**

## Reason for Amendment:

- [ ] Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- [ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- [ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- [ ] Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant  [ ] 28 U.S.C. § 2255 or  [ ] 18 U.S.C. § 3559(c)(7)
- [x] Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

- [x] pleaded guilty to count(s)   29 of the Indictment on 5/23/12
- [ ] pleaded nolo contendere to count(s)
  which was accepted by the court.
- [ ] was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 42§408(a)(7)(B) | Misuse of a Social Security Number | 8/22/2008 | 29 |

- [ ] See additional count(s) on page 2

The defendant is sentenced as provided in pages  2  through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s)

- [x] Count(s)  1-28 & 30-33 of the Indictment   [ ] is   [x] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/19/12
Date of Imposition of Judgment

Signature of Judge

Mark E. Fuller, United States District Judge
Name of Judge                     Title of Judge

19 FEB 2013
Date

AO 245B      (Rev. 09/11) Judgment in a Criminal Case
v1           Sheet 2 — Imprisonment

DEFENDANT: EDDIE SMITH                                                Judgment Page: 2 of 6
CASE NUMBER: 2:11cr179-MEF-02

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Thirty Three (33) Months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated to a facility where intensive residential substance abuse treatment is available.
Defendant be designated to a facility as near to Montgomery, AL as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☑ before 2:00 pm   on _____ 3/5/2013 _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1          Sheet 3 — Supervised Release

DEFENDANT:  EDDIE SMITH                                          Judgment Page: 3 of 6
CASE NUMBER:  2:11cr179-MEF-02

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
3 Years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcemnt agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
v1             Sheet 3C — Supervised Release

DEFENDANT: EDDIE SMITH                                Judgment Page: 4 of 6
CASE NUMBER: 2:11cr179-MEF-02

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of illegal drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

2) The defendant shall provide the probation officer any requested financial information.

3) The defendant shall not incur new credit charges or open additional lines of credit without approval of the Court unless in compliance with the payment schedule.

4) The defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of this court.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1            Sheet 5 — Criminal Monetary Penalties

DEFENDANT: EDDIE SMITH                                          Judgment Page: 5 of 6
CASE NUMBER: 2:11cr179-MEF-02

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ $36,630.00 |

☐  The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| *Check Holders of Montgomery | | | |
| Attn:  John Braden | | $500.00 | |
| 17 Commerce Street | | | |
| Montgomery,  AL   36104 | | | |
| | | | |
| *Ebro International | | | |
| d/b/a Color Tyme | | | |
| Attn:  Ronald Pannell | | $500.00 | |
| P.O. Box 1226 | | | |
| Defuniak Springs, FL  32435 | | | |
| *SEE JOINT AND SEVERAL ATTACHMENT | | $35,630.00 | |
| **TOTALS** | $0.00 | $36,630.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑  the interest requirement is waived for the    ☐  fine   ☑  restitution.

☐  the interest requirement for the      ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
v1         Sheet 6 — Schedule of Payments

Judgment Page: 6 of 6

DEFENDANT:  EDDIE SMITH
CASE NUMBER:  2:11cr179-MEF-02

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __36,730.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance    ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

    All criminal monetary payments are to be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711, Montgomery, Alabama 36101. Any balance of restitution remaining at the start of supervision shall be paid at the rate of not less than $100 per month.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All crimnal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

*  ☑  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    *SEE ATTACHMENT

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**EDDIE SMITH**           **2:11cr179-MEF-02**           **TOTAL AMOUNT $36,630.00**

$500.00
> Check Holders of Montgomery
> Attn: John Braden
> 17 Commerce Street
> Montgomery, AL 36104

$500.00
> Ebro International
> d/b/a Color Tyme
> Attn: Ronald Pannell
> P.O. Box 1226
> Defuniak Springs, FL 32435

## JOINT and SEVERAL AMOUNT $35,630.00 (payees are as listed below)

as to:

**Cynthia Moore Sullen**       **2:11 CR 179-MEF-01**     **$8,340.00**

| | |
|---|---|
| $300 | Great American Cash Advance<br>Attn: Bruce Cogle<br>3672 Airport Boulevard<br>Mobile, AL 36608 |
| $400 | Money Now<br>Attn: Dennis Goldman<br>P.O. Box 2928<br>Meridian, MS 39302 |
| $750 | Approved Cash Advance<br>Attn: Daniel Milsaps<br>1855 Executive Park Drive<br>Cleveland, TN 37320 |
| $800 | Express Check Advance (Express Financial Services)<br>Attn: Traci Fant<br>2034 Hamilton Place, Blvd., Suite 100<br>Chattanooga, TN 37421 |
| $500 | Check into Cash<br>Attn: Leigh Anna Hollis<br>201 Keith Street SW, Suite 80<br>Cleveland, TN 37311 |

$200        Title Loan Express
            Attn: Brandon Wood
            3391 Pelham Parkway, Ste A
            Pelham, AL 35215

$1,000      Advance America Cash/Advance America/Advance Cash America
            Attn: Jeff Newman
            PO Box 3058
            Spartanburg, SC 29304

$400        Emergi Cash
            Attn: David Jones
            4240 Carmichael Road
            Montgomery, AL 36106

$500        Advance Check Express
            Attn: Jeb Smith
            5300 Oakbrook Parkway, Suite 200
            Norcross, GA 30093

$500        QC Financial Services
            Attn: Matt Wiltinger
            9401 Indian Creek Pkwy #1500
            Overland Park, Kansas 66210

$300        EZ Cash
            (address to be provided)
            Huntsville, AL

$640        Cash Express
            Attn: Dianne Britt
            810 A Boll Weevil Circle
            Enterprise, AL 36330

$150        Cash Mart
            Attn: Buck Wilson
            115 S. Marion Street
            Athens, AL 35611

$500        Speedy Cash
            (address to be provided)
            Enterprise, AL

$400        Quick Cash, Inc
            (address to be provided)
            Birmingham, AL

$500        Car Title Loans
            Attn: Kevin Britton
            715 Skyland Blvd., Suite 1
            Tuscaloosa, AL 35405

$500        Chip's Title
            Attn: Pat Williams
            2235 E. South Blvd.
            Montgomery, AL 36116

as to:

**Charles Sean Wimbush        2:11 CR 179-MEF-03          $10,640.00**

$1,900      Approved Cash Advance
            Attn: Daniel Milsaps
            1855 Executive Park Drive
            Cleveland, TN 37320

$200        Money Now
            Attn: Dennis Goldman
            Post Office Box 2928
            Meridian, MS 39302

$500        Express Check Advance (Express Financial Services)
            Attn: Traci Fant
            2034 Hamilton Place Boulevard, Suite 100
            Chattanooga, TN 37421

$950        Cash Mart, Incorporated
            Attn: Janet Phillips
            613 Highway 78 West
            Jasper, AL 35501

$200        Cash Max
            1914 Dauphin Island Parkway
            Mobile, AL 36605-3004

$200        Emergi Cash
            Attn: David Jones
            4240 Carmichael Road
            Montgomery, AL 36106

$350        Advance Check Express
            Attn: Jeb Smith
            5300 Oakbrook Parkway, Suite 200
            Norcross, GA 30093

| | |
|---|---|
| $840 | Cash Express<br>Attn: Lisa Hancock<br>810A Boll Weevil Circle<br>Enterprise, AL 36330 |
| $500 | Check Into Cash<br>Attn: Leigh Ann Hollis<br>201 Keith Street SW, Suite 80<br>Cleveland, TN 37311 |
| $500 | Ebro International<br>d/b/a Color Tyme<br>Attn: Ronald Pannell<br>Post Office Box 1226<br>Defuniak Springs, FL 32435 |
| $400 | Payday Loan Store of Alabama<br>Attn: Bill Ettleson<br>300 North Elizabeth Street, Suite 4E<br>Chicago, IL 60607 |
| $500 | QC Financial Services<br>8401 Indian Creek Parkway, #1500<br>Overland Park, KS 66210 |
| $500 | A Dollar Cash Advance<br>Post Office Box 2038<br>Cleveland, TN 37320 |
| $500 | Advance Alabama<br>Attn: Jeff Collins<br>Post Office Box 416<br>Winchester, TN 37398 |
| $300 | Great American Cash Advance<br>Attn: Greg Irvin<br>645 Hawthorne Avenue<br>Athens, GA 30606 |
| $1,000 | Speedy cash<br>Attn: Sabrina Tingle<br>2207 Montgomery Highway<br>Dothan, AL 36303 |

$500        Title Loan Express
Attn: Brandon Wood
3391 Pelham Parkway, Suite A
Pelham, AL 35214

$200        Fast Cash
1706 Glenn Blvd. SW, Suite 2
Fort Payne, AL 35968

$300        Between Pay
9184 B Parkway East
Roebuck, AL 35206

$300        Great American Loans
934 US Highway 80 E
Demopolis, AL 36732

as to:

**Eugene Moore, Jr.**        **2:11 CR 179-MEF-04**   **$6,900.00**

$400        Approved Cash Advance
Attn: Daniel Milsaps
1855 Executive Park Drive
Cleveland, TN 37320

$200        Money Now
Attn: Dennis Goldman
PO Box 2928
Meridian, MS 39302

$300        Express Check Advance (Express Financial Services)
Attn: Traci Fant
2034 Hamilton Place Blvd., Suite 100
Chattanooga, TN 37421

$400        Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

$300        Total Vision Payday Advance
1847 University Drive
Huntsville, AL 35801

| | |
|---|---|
| $500 | Cash Mart, Inc.<br>Attn: Janet Phillips<br>613 Highway 78 West<br>Jasper, AL 35501 |
| $100 | Cash-ville, Inc.<br>104 Woodward Avenue, Suite B<br>Muscle Shoals, AL 35661 |
| $400 | Quick Cash<br>Attn: Mary Beth Thompson<br>1102 A Highway 72 East<br>Athens, AL 35611 |
| $200 | Cash Max<br>1914 Dauphin Island Parkway<br>Mobile, AL 36605-3004 |
| $500 | The Money Store<br>Waiting on a call back |
| $500 | Check Into Cash<br>Attn: Leigh Ann Hollis<br>201 Keith Street SW, Suite 80<br>Cleveland, TN 37311 |
| $900 | Advance America<br>Attn: Jeff Newman<br>PO Box 3058<br>Spartanburg, SC 29304 |
| $1,500 | Payday Loan Store of Alabama<br>Attn: Bill Ettleson<br>300 North Elizabeth Street, Suite 4E<br>Chicago, IL 60607 |
| $200 | Cash Express<br>Attn: Lisa Hancock<br>810 A Boll Weevil Circle<br>Enterprise, AL 36330 |
| $500 | Speedy Cash<br>Attn: Sabrina Tingle<br>2207 Montgomery Highway<br>Dothan, AL 36303 |

as to:

**Bernard Gibson_____      2:11 CR 179-MEF-05      $5,800.00**

$1,500 Advance America Cash/Advance America/Advance Cash America
   Attn: Jeff Newman
   PO Box 3058
   Spartanburg, SC 29304

$500 Check into Cash
   Attn: Leigh Anna Hollis
   201 Keith Street SW, Suite 80
   Cleveland, TN 37311

$200 Title Loan Express
   Attn: Brandon Wood
   3391 Pelham Parkway, Ste A
   Pelham, AL 35215

$100 Netcash
   Attn: Deena Newman
   9624 Parkway East
   Birmingham, AL 35215

$200 Money Now
   Attn: Dennis Goldman
   P.O. Box 2928
   Meridian, MS 39302

$500 Approved Cash Advance
   Attn: Daniel Milsaps
   1855 Executive Park Drive
   Cleveland, TN 37320

$500 QC Financial Services
   Attn: Matt Wiltinger
   9401 Indian Creek Pkwy #1500
   Overland Park, Kansas 66210

$200 Advance Check Express
   Attn: Jeb Smith
   5300 Oakbrook Parkway, Suite 200
   Norcross, GA 30093

$200 Check Holders, LLC
   Attn: Randy Hunter
   1713 3rd Avenue North
   Birmingham, AL 35203

$500 Express Check Advance (Express Financial Services)
   Attn: Traci Fant
   2034 Hamilton Place, Blvd., Suite 100
   Chattanooga, TN 37421

$400 Quick Cash, Inc
   Attn: Mary Beth Thompson
   1102 A Highway 72 East
   Athens, AL 35611

$500 Chip's Title
   Attn: Pat Williams
   2235 E. South Blvd.
   Montgomery, AL 36116

$500 Car Title Loans
   Attn: Kevin Britton
   715 Skyland Blvd., Suite 1
   Tuscaloosa, AL 35405

as to:

**Janice Denice Brown  2:11 CR 179-MEF-06  $2,650.00**

$850 Advance America Cash/Advance America/Advance Cash America
   Attn: Jeff Newman
   P.O. Box 3058
   Spartanburg, SC 29304

$300 QC Financial Services
   Attn: Matt Wiltinger
   9401 Indian Creek Parkway #1500
   Overland Park, KS 66210

$300 Title Cash
   Attn: Roy Hutcheson
   513 Sparkman Dr. NW
   Huntsville, AL 35816

$100 Cash Mart Inc.
   Attn: Janet Phillips
   613 Highway 78 West
   Jasper, AL 35501

$100      Cash-Ville Inc.
104 Woodward Ave., Suite B
Muscle Shoals, AL 35661

$500      Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

$500      Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

as to:

**Oladele Abodunrin Balogun**      **2:11 CR 179-MEF-07**    **$1,300.00**

$600      Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$500      Check Holders, LLC
Attn: Randy Hunter
1713 3rd Avenue North
Birmingham, AL 35203

$200      Cash Station
Attn: Brad Freeman
209 W. MLK Highway
Tuskegee, AL 36083

**Cynthia Moore Sullen**          **2:11 CR 179-MEF-01**          **$8,340.00**

| | |
|---|---|
| $300 | Great American Cash Advance<br>Attn: Bruce Cogle<br>3672 Airport Boulevard<br>Mobile, AL 36608 |
| $400 | Money Now<br>Attn: Dennis Goldman<br>P.O. Box 2928<br>Meridian, MS 39302 |
| $750 | Approved Cash Advance<br>Attn: Daniel Milsaps<br>1855 Executive Park Drive<br>Cleveland, TN 37320 |
| $800 | Express Check Advance (Express Financial Services)<br>Attn: Traci Fant<br>2034 Hamilton Place, Blvd., Suite 100<br>Chattanooga, TN 37421 |
| $500 | Check into Cash<br>Attn: Leigh Anna Hollis<br>201 Keith Street SW, Suite 80<br>Cleveland, TN 37311 |
| $200 | Title Loan Express<br>Attn: Brandon Wood<br>3391 Pelham Parkway, Ste A<br>Pelham, AL 35215 |
| $1,000 | Advance America Cash/Advance America/Advance Cash America<br>Attn: Jeff Newman<br>PO Box 3058<br>Spartanburg, SC 29304 |
| $400 | Emergi Cash<br>Attn: David Jones<br>4240 Carmichael Road<br>Montgomery, AL 36106 |
| $500 | Advance Check Express<br>Attn: Jeb Smith<br>5300 Oakbrook Parkway, Suite 200<br>Norcross, GA 30093 |

$500        QC Financial Services
Attn: Matt Wiltinger
9401 Indian Creek Pkwy #1500
Overland Park, Kansas 66210

$300        EZ Cash
(address to be provided)
Huntsville, AL

$640        Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$150        Cash Mart
Attn: Buck Wilson
115 S. Marion Street
Athens, AL 35611

$500        Speedy Cash
(address to be provided)
Enterprise, AL

$400        Quick Cash, Inc
(address to be provided)
Birmingham, AL

$500        Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

$500        Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

**Charles Sean Wimbush**    **2:11 CR 179-MEF-03**    **$10,640.00**

$1,900       Approved Cash Advance
Attn: Daniel Milsaps
1855 Executive Park Drive
Cleveland, TN 37320

$200        Money Now
Attn: Dennis Goldman
Post Office Box 2928
Meridian, MS 39302

$500   Express Check Advance (Express Financial Services)
      Attn: Traci Fant
      2034 Hamilton Place Boulevard, Suite 100
      Chattanooga, TN 37421

$950   Cash Mart, Incorporated
      Attn: Janet Phillips
      613 Highway 78 West
      Jasper, AL 35501

$200   Cash Max
      1914 Dauphin Island Parkway
      Mobile, AL 36605-3004

$200   Emergi Cash
      Attn: David Jones
      4240 Carmichael Road
      Montgomery, AL 36106

$350   Advance Check Express
      Attn: Jeb Smith
      5300 Oakbrook Parkway, Suite 200
      Norcross, GA 30093

$840   Cash Express
      Attn: Lisa Hancock
      810A Boll Weevil Circle
      Enterprise, AL 36330

$500   Check Into Cash
      Attn: Leigh Ann Hollis
      201 Keith Street SW, Suite 80
      Cleveland, TN 37311

$500   Ebro International
      d/b/a Color Tyme
      Attn: Ronald Pannell
      Post Office Box 1226
      Defuniak Springs, FL 32435

$400   Payday Loan Store of Alabama
      Attn: Bill Ettleson
      300 North Elizabeth Street, Suite 4E
      Chicago, IL 60607

$500  QC Financial Services
     8401 Indian Creek Parkway, #1500
     Overland Park, KS 66210


$500  A Dollar Cash Advance
     Post Office Box 2038
     Cleveland, TN 37320

$500  Advance Alabama
     Attn: Jeff Collins
     Post Office Box 416
     Winchester, TN 37398

$300  Great American Cash Advance
     Attn: Greg Irvin
     645 Hawthorne Avenue
     Athens, GA 30606

$1,000  Speedy cash
     Attn: Sabrina Tingle
     2207 Montgomery Highway
     Dothan, AL 36303

$500  Title Loan Express
     Attn: Brandon Wood
     3391 Pelham Parkway, Suite A
     Pelham, AL 35214

$200  Fast Cash
     1706 Glenn Blvd. SW, Suite 2
     Fort Payne, AL 35968

$300  Between Pay
     9184 B Parkway East
     Roebuck, AL 35206

$300  Great American Loans
     934 US Highway 80 E
     Demopolis, AL 36732

**Eugene Moore, Jr.**          **2:11 CR 179-MEF-04**          **$6,900.00**

$400          Approved Cash Advance
              Attn: Daniel Milsaps
              1855 Executive Park Drive
              Cleveland, TN 37320


$200          Money Now
              Attn: Dennis Goldman
              PO Box 2928
              Meridian, MS 39302

$300          Express Check Advance (Express Financial Services)
              Attn: Traci Fant
              2034 Hamilton Place Blvd., Suite 100
              Chattanooga, TN 37421

$400          Car Title Loans
              Attn: Kevin Britton
              715 Skyland Blvd., Suite 1
              Tuscaloosa, AL 35405

$300          Total Vision Payday Advance
              1847 University Drive
              Huntsville, AL 35801

$500          Cash Mart, Inc.
              Attn: Janet Phillips
              613 Highway 78 West
              Jasper, AL 35501

$100          Cash-ville, Inc.
              104 Woodward Avenue, Suite B
              Muscle Shoals, AL 35661

$400          Quick Cash
              Attn: Mary Beth Thompson
              1102 A Highway 72 East
              Athens, AL 35611

$200          Cash Max
              1914 Dauphin Island Parkway
              Mobile, AL 36605-3004

$500          The Money Store
              Waiting on a call back

$500          Check Into Cash
              Attn: Leigh Ann Hollis
              201 Keith Street SW, Suite 80
              Cleveland, TN 37311

$900          Advance America
              Attn: Jeff Newman
              PO Box 3058
              Spartanburg, SC 29304

$1,500        Payday Loan Store of Alabama
              Attn: Bill Ettleson
              300 North Elizabeth Street, Suite 4E
              Chicago, IL 60607

$200          Cash Express
              Attn: Lisa Hancock
              810 A Boll Weevil Circle
              Enterprise, AL 36330

$500          Speedy Cash
              Attn: Sabrina Tingle
              2207 Montgomery Highway
              Dothan, AL 36303

**Bernard Gibson**            **2:11 CR 179-MEF-05**          **$5,800.00**

$1,500        Advance America Cash/Advance America/Advance Cash America
              Attn: Jeff Newman
              PO Box 3058
              Spartanburg, SC 29304

$500          Check into Cash
              Attn: Leigh Anna Hollis
              201 Keith Street SW, Suite 80
              Cleveland, TN 37311

$200          Title Loan Express
              Attn: Brandon Wood
              3391 Pelham Parkway, Ste A
              Pelham, AL 35215

$100     Netcash
Attn: Deena Newman
9624 Parkway East
Birmingham, AL 35215

$200     Money Now
Attn: Dennis Goldman
P.O. Box 2928
Meridian, MS 39302

$500     Approved Cash Advance
Attn: Daniel Milsaps
1855 Executive Park Drive
Cleveland, TN 37320

$500     QC Financial Services
Attn: Matt Wiltinger
9401 Indian Creek Pkwy #1500
Overland Park, Kansas 66210

$200     Advance Check Express
Attn: Jeb Smith
5300 Oakbrook Parkway, Suite 200
Norcross, GA 30093

$200     Check Holders, LLC
Attn: Randy Hunter
1713 3rd Avenue North
Birmingham, AL 35203

$500     Express Check Advance (Express Financial Services)
Attn: Traci Fant
2034 Hamilton Place, Blvd., Suite 100
Chattanooga, TN  37421

$400     Quick Cash, Inc
Attn: Mary Beth Thompson
1102 A Highway 72 East
Athens, AL 35611

$500     Chip's Title
Attn: Pat Williams
2235 E. South Blvd.
Montgomery, AL 36116

$500     Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

**Janice Denice Brown         2:11 CR 179-MEF-06         $2,650.00**

$850    Advance America Cash/Advance America/Advance Cash America
        Attn: Jeff Newman
        P.O. Box 3058
        Spartanburg, SC 29304

$300    QC Financial Services
        Attn: Matt Wiltinger
        9401 Indian Creek Parkway #1500
        Overland Park, KS 66210

$300    Title Cash
        Attn: Roy Hutcheson
        513 Sparkman Dr. NW
        Huntsville, AL 35816

$100    Cash Mart Inc.
        Attn: Janet Phillips
        613 Highway 78 West
        Jasper, AL 35501

$100    Cash-Ville Inc.
        104 Woodward Ave., Suite B
        Muscle Shoals, AL 35661

$500    Chip's Title
        Attn: Pat Williams
        2235 E. South Blvd.
        Montgomery, AL 36116

$500        Car Title Loans
Attn: Kevin Britton
715 Skyland Blvd., Suite 1
Tuscaloosa, AL 35405

**Oladele Abodunrin Balogun        2:11 CR 179-MEF-07        $1,300.00**

$600        Cash Express
Attn: Dianne Britt
810 A Boll Weevil Circle
Enterprise, AL 36330

$500        Check Holders, LLC
Attn: Randy Hunter
1713 3rd Avenue North
Birmingham, AL 35203

$200        Cash Station
Attn: Brad Freeman
209 W. MLK Highway
Tuskegee, AL 36083